(Official Form 1) (12/03) West Group, Rochester, NY

| FORM B1 | United States Bankruptcy Court<br>_NORTHERN_ District of _ILLINOIS_ | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Weiner Fred Scott* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all)*1814* | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(if more than one, state all) |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>*474 North Clinton*<br>*Chicago Illinois  60610-8801* | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  *Cook* | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME* | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(If different from street address above):  *SAME* | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☒ Individual(s) ☐ Railroad | | ☒ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 |
| ☐ Corporation ☐ Stockbroker | | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership ☐ Commodity Broker | | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business  ☒ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information**      (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03) West Group, Rochester, NY

# Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

*Weiner Fred S*

**FORM B1,  Page 2**

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *eastern district of michigan* | *94-48546* | *1994* |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |
| District: | Relationship: | Judge: |

# Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

*10/15/2005*
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

*Jeffrey Strange*
Printed Name of Attorney for Debtor(s)

*Jeffrey Strange & Associates*
Firm Name

*717 Ridge*
Address

*Wilmette IL  60091*

*847-256-7377*    *10/15/2005*
Telephone Number    Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____    *10/15/2005*
Signature of Attorney for Debtor(s)    Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?
☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

**PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS**

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *Northern District Illinois* | *88-09909* | *1988* |

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *Northern District Illinois* | *96-30849* | *1996* |

FORM B6A (6/90) West Group, Rochester, NY

In re _Weiner Fred S_____ / Debtor    Case No._2005_____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |

No continuation sheets attached

**TOTAL $**    _0.00_

**(Report also on Summary of Schedules.)**

In re _Weiner Fred S_ _____ / Debtor    Case No. _2005_
                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | _CASH_<br>Location: In debtor's possession | | $ 1,000.00 |
| | | _CLOTHING_<br>Location: In debtor's possession | | $ 500.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | _HOUSEHOLD GOODS FURNITURE_<br>Location: In debtor's possession | | $ 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | _FIVE PAINTINGS BY DEBTOR_<br>Location: In debtor's possession | | $ 250.00 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |

Page __1__ of __3__

In re _Weiner Fred S_ _____ / Debtor    Case No. _2005_
(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | _FIRST CHOICE IS CORPORATION THAT WAS FORMED BUT IS NOT YET OPERATING. THE DEBTOR CURRENTLY PLACES ADS FOR DENTISTS AND CHARGES A COMMISSION AS A SOLE PROPRIETOR. HE WILL USE THE CORPORATION AFTER THE CHAPTER SEVEN._ Location: In debtor's possession | | $ 500.00 |
| | | _STOCK IN LIFETIME SMILES. THE CORPORATION NO LONGER OPERATES SINCE THE DEBTOR LOST HIS DENTAL LICENSE_ Location: In debtor's possession | | $ 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |

In re **Weiner Fred S**                                    / Debtor          Case No. **2005**
                                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __3__ of __3__

Total ➡         $ 2,750.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re
**_Weiner Fred S_**                                                      / Debtor        Case No. **_2005_**

(if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):  Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| CASH | 735 ILCS 5/12-1001(b) | $ 1,000.00 | $ 1,000.00 |
| CLOTHING | 735 ILCS 5/12-1001(a) | $ 500.00 | $ 500.00 |
| HOUSEHOLD GOODS | 735 ILCS 5/12-1001(e) | $ 1,000.00 | $ 500.00 |
| | 735 ILCS 5/12-1001(b) | $ 0.00 | |
| FIRST CHOICE STOCK | 735 ILCS 5/12-1001(b) | $ 500.00 | $ 500.00 |

FORM B6D (12/03) West Group, Rochester, NY

In re _Weiner Fred S_____ / Debtor          Case No. _2005_____
                                                                      (if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| No continuation sheets attached | | | | | Subtotal $ (Total of this page) | 0.00 | |
| | | | | | Total $ (Use only on last page. Report total also on Summary of Schedules) | 0.00 | |

In re _Weiner Fred S_ _____ / Debtor    Case No. _2005_____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_____ continuation sheets attached

FORM B6E (4/04) West Group, Rochester, NY

In re *Weiner Fred S* _____ / Debtor    Case No. *2005* _____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim   H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 1*<br>ILL DEPT OF PROF AND FINANCIAL<br>C/O ILLINOIS ATTORNEY GENERAL<br>100 WEST RANDOLPH #13-194<br>CHICAGO IL 60601 | | *2003*<br>*FINE* | | | | $ 25,000.00 | $ 25,000.00 |
| Account No:<br>*Creditor # : 2*<br>INTERNAL REVENUE SERVICE<br>KANSAS CITY MO. 64999 | | *1995* | | | | $ 200,000.00 | $ 200,000.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. *1* of *1* continuation sheets attached to

Schedule of Creditors

| | | |
|---|---|---|
| Subtotal $<br>(Total of this page) | 225,000.00 |
| Total $<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 225,000.00 |

FORM B6F (12/03) West Group, Rochester, NY

In re _Weiner Fred S_ _____ / Debtor      Case No. _2005_ _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 1  Isaiah Holt 306 Farragut Park Forest IL 60466 | | | | | | $ 0.00 |
| Account No: Creditor # : 2 Agata Tkacz 7613 W. 105th Street Palos Hills IL 60465 | | | | | | $ 0.00 |
| Account No: Creditor # : 3 AGATA TKACZ C/O DICKER AND DICKER 300 WEST ADAMS CHICAGO IL 60606 | | Malpractice | | | X | $ 50,000.00 |
| Account No: Creditor # : 4 AILLEEN DU BENJAKUL | | | | | | $ 286.00 |

_27_ continuation sheets attached

Subtotal $    50,286.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Weiner Fred S_____ / Debtor      Case No. _2005_____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:<br><br>Creditor # : 5<br>Al Mathes<br>1551 Orto Ct<br>Wheaton IL 60187 | | | | | | | $ 0.00 |
| Account No:<br><br>Creditor # : 6<br>Alina Kalembasa<br>1285 Deerfield Road<br>Deerfield IL 60015 | | | | | | | $ 0.00 |
| Account No:<br><br>Creditor # : 7<br>Angelo Devita<br>303 E. North Avenue #E<br>Chicago IL 60164 | | | | | | | $ 0.00 |
| Account No:<br><br>Creditor # : 8<br>Anna Preban<br>C/O Gorman and Gorman<br>542 South Dearborn<br>Chicago Il 60605 | | Malpractice | | | | X | $ 25,000.00 |
| Account No:<br><br>Creditor # : 9<br>ANTHONY BULAON<br>773 HUNTINGTON DRIVE<br>CAROL STREAM IL 60188 | | | | | | | Unknown |
| Account No:<br><br>Creditor # : 10<br>Anthony Gavros<br>908 surrey Drive #1a<br>Schaumburg  IL 60193 | | | | | | | $ 0.00 |

Sheet No. _1_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | 25,000.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Weiner Fred S_____ / Debtor        Case No. _2005_____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 11<br>April Garrett<br>18600 Village Dr #304<br>Hazel Crest IL  60429 | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 12<br>Armani Daifallah<br>8030 Enclaire Lane<br>Tinley Park IL 60477 | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 13<br>Asha Haran<br>2430 Victoria Road<br>Shereville IN 46373 | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 14<br>Barbara Hernandez<br>9523 S. 54th Ave<br>Oak Lawn IL 60453 | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 15<br>Barbara Oliver<br>3336 Cumberland Trails<br>Olympia Fields IL 60461 | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 16<br>Berry Dushi<br>713 Riverside Drive<br>Berwyn IL 60402 | | | | | | | |

Sheet No. _2_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        0.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Weiner Fred S_____ / Debtor     Case No. _2005_____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 17 Bill Ashley 1942 Cheshire Wheaton IL 60187 | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 18 Bill Lynch 15121 Arbor Drive Orland Park IL 60467 | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 19 Bob Tokoly 11240Cameron Parkeway Orland Park IL 60462 | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 20 Brenda Costello Orland Park IL 60462 | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 21 Burney Matthew 425 5th STreet Wheeling IL 60090 | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 22 Candace Edwards 4117 Lakeview Drive Country Club Hil IL 60478 | | | | | | | |

Sheet No. _3_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     0.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Weiner Fred S_____ / Debtor          Case No. _2005_____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | | | | | $ 5,000.00 |
| Creditor # : 23 CAPITAL ONE BANK c/o WEXLER & WEXLER 500 WEST MADISON CHICAGO IL 60661 | | Credit Card Purchases | | | | |
| Account No: | | | | | | Unknown |
| Creditor # : 24 Carmen Canales 9920 Gettler St Dyer IN 46311 | | | | | | |
| Account No: | | | | | | $ 0.00 |
| Creditor # : 25 Carol Schuetz 135 Flamingo Drive Beecher IL 60401 | | | | | | |
| Account No: | | | | | | Unknown |
| Creditor # : 26 CAROLYN CALDWELL 5050 SOUTH LAKE SHORE DRIVE CHICAGO IL 60615 | | | | | | |
| Account No: | | | | | | Unknown |
| Creditor # : 27 CATHY BELGRAVE 7647 W 162 ST TINLEY PARK IL 60477 | | | | | | |
| Account No: | | | | | | X | $ 11,908.00 |
| Creditor # : 28 CERTIFIED DENTAL C/O  HELLER AND FRISONE 33 N LASALLE CHICAGO IL 60602 | | BREACH OF CONTRACT | | | | |

Sheet No.   4   of   27   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          16,908.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Weiner Fred S_ _____ / Debtor      Case No. _2005_ _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | | | | | $ 0.00 |
| Creditor # : 29 *Charles Kaplan* *950 Stonegate* *Highland Park IL 60035* | | | | | | |
| Account No: | | | | | | $ 15,000.00 |
| Creditor # : 30 *CHICAGO SUN TIMES* *C/O MICHAEL WEIS* *PO BOX1166* *NORTHBROOK IL 60462* | | *BREACH OF CONTRACT* | | | | |
| Account No: | | | | | | $ 0.00 |
| Creditor # : 31 *Cindy Fudge* *6201 Boca Rio* *Oak Forest IL 60452* | | | | | | |
| Account No: | | | | | | $ 50,000.00 |
| Creditor # : 32 *CLEONA PATTERSON* *c/o EVAN A HUGHES* *100 WEST MONROE STREET* *CHICAGO IL 60603* | | *2005* *Malpractice* | | | | |
| Account No: | | | | | | $ 0.00 |
| Creditor # : 33 *Connie McVade* *PO Box 2519* *Hammond IN 45323* | | | | | | |
| Account No: | | | | | | $ 0.00 |
| Creditor # : 34 *Cornell Sanders* *10649 S Michigan Ave* *Chicago IL 60628* | | | | | | |

Sheet No. _5_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   65,000.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Weiner Fred S_ _____ / Debtor      Case No. _2005_ _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | | | | | $ 0.00 |
| Creditor # : 35 CRITICARE SYSTEMS c/o JOELLEN RYDBERG | | | | | | |
| Account No: | | | | | | _Unknown_ |
| Creditor # : 36 CRYSTAL BRYANT 17940 ROYAL OAK CT TINLEY PARK IL. 60462 | | | | | | |
| Account No: | | | | | | $ 0.00 |
| Creditor # : 37 Dan Gentile 14936 W. 147th St Lockport IL 60441 | | | | | | |
| Account No: | | | | | | $ 0.00 |
| Creditor # : 38 Daniel Kojder Patricia Kojder 234 Teal Lane Braidwood IL 60408 | | | | | | |
| Account No: | | | | | | $ 0.00 |
| Creditor # : 39 Darvaia Leonard 8307 Knollwood Dr Palos Park IL 60464 | | | | | | |
| Account No: | | BREACH OF CONTRACT | | | X | $ 4,000.00 |
| Creditor # : 40 DAVID SCHLAKER C/O SCOTT SCHIMONSKI 901 BUTTERFIELD CIRCLE WEST SHOREWOOD ILLINOIS 60431 | | | | | | |

Sheet No. __6__ of __27__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    4,000.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Weiner Fred S_____ / Debtor      Case No. _2005_____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | | | | | $ 0.00 |
| Creditor # : 41 Dehlia Murphy 7741 W. 87th Place Apartment 3W Bridgeview IL 60455 | | | | | | |
| Account No: | | | | | | $ 0.00 |
| Creditor # : 42 Dennis Pardikes 12811 S. 82nd Court Palos Park IL 60464 | | | | | | |
| Account No: | | | | | | $ 100,000.00 |
| Creditor # : 43 DENT- A- MED C/O RICHARD J ARENDT 640 N LASALLE STREET CHICAGO IL 60610 | | BREACH OF CONTRACT | | | X | |
| Account No: | | | | | | $ 0.00 |
| Creditor # : 44 Devin Sink 12941 South 80th Ave Palos Park IL 60465 | | | | | | |
| Account No: | | | | | | $ 15,000.00 |
| Creditor # : 45 DIAMOND P REAL ESTATE C/O KAPLAN PAPADAKIS AND GOURN 180 N LASALLE CHICAGO ILLINOIS 60601 | | BREACH OF CONTRACT | | | X | |
| Account No: | | | | | | Unknown |
| Creditor # : 46 DIANA BUSHA 8643 HARVEST VIEW LANE TINLEY PARK IL 60477 | | | | | | |

Sheet No. _7_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    115,000.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re <u>Weiner Fred S</u>                                        / Debtor      Case No. <u>2005</u>
                                                                                          (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| | | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:<br>*Creditor # : 47*<br>*Diane Stengle*<br>*14532 Mallard Ln*<br>*Lockport IL 60441* | | | | | | | | $ 0.00 |
| Account No:<br>*Creditor # : 48*<br>*Don Hoffmeister*<br>*17045 Gusson Drive*<br>*Tinley Park IL 60477* | | | | | | | | $ 0.00 |
| Account No:<br>*Creditor # : 49*<br>*Don Kroneberg*<br>*5257 W 170th Place*<br>*Orland Park IL 60462* | | | | | | | | $ 0.00 |
| Account No:<br>*Creditor # : 50*<br>*Dorothy Wenzer*<br>*24677 N. Fox River Drive*<br>*Cary IL 60013* | | | | | | | | $ 0.00 |
| Account No:<br>*Creditor # : 51*<br>*Durbin Scheibe*<br>*319 E Blackstone Ave*<br>*Willow Springs IL 60480* | | | | | | | | $ 0.00 |
| Account No:<br>*Creditor # : 52*<br>*Ed Guth*<br>*1155 Silverwood Ct #D1*<br>*Wheeling IL 60090* | | | | | | | | $ 0.00 |

Sheet No. <u>8</u> of <u>27</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     0.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Weiner Fred S_ _____ / Debtor     Case No. _2005_ _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 53 Elaine Schubert 9376 Bay Colony Drive #2n Des Plaines IL  60016 | | | | | | | |
| Account No: | | | | | | | Unknown |
| Creditor # : 54 Eli CHristiansen 9248 Central Ave Oak Lawn IL 60453 | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 55 Elizabeth Tarrant 2812 W. 66th Street Evergreen Park IL 60805 | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 56 Ellery Whiteside 6300 Sunflower Drive Mattseon  IL 60443 | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 57 Ester Contreras 7541 S. Beloit Bridgeview  IL 60455 | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 58 Fatma Rice 1635 N. Western Avenue Chicago IL 60649 | | | | | | | |

Sheet No. _9_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        0.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Weiner Fred S_____ / Debtor      Case No. _2005_____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | | | | | $ 0.00 |
| Creditor # : 59 Fay Balbinot 7223 170th Place Tinley Park IL 60477 | | | | | | |
| Account No: | | | | | X | $ 30,000.00 |
| Creditor # : 60 FAYE BALBINOT C/O THOMAS H MURPHY 7725 W 159TH STREET #A TINLEY PARK IL. 60477 | | | | | | |
| Account No: | | | | | | $ 0.00 |
| Creditor # : 61 Francis Harrison 730 Central Park Ave Flossmoor IL 60422 | | | | | | |
| Account No: | | 2005 Malpractice | X | | X | $ 50,000.00 |
| Creditor # : 62 Francis Harrison C/P S. Jerome Levy 1 East Wacker Chicago Il. 60601 | | | | | | |
| Account No: | | | | | | $ 0.00 |
| Creditor # : 63 Geneva Gilyard 9358 S. Ada St Chicago IL 60620 | | | | | | |
| Account No: | | | | | | $ 0.00 |
| Creditor # : 64 Gerald Glosniak 14079 S. Woodward Dr Orland Park IL 60452 | | | | | | |

Sheet No. _10_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     80,000.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Weiner Fred S_____ / Debtor      Case No. _2005_____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 65 <br> Giovanni abate <br> 16621 S 84th <br> Orland Park Illinois 60477 | | | | | | | *Unknown* |
| Account No: <br> Creditor # : 66 <br> GLEN D CRICK <br> C/0 EDWARD WILLIAMS <br> 205 WEST WACKER <br> CHICAGO IL 60462 | | | 2004 | | | X | $ 16,000.00 |
| Account No: <br> Creditor # : 67 <br> Gloria Bullock <br> 18143 Eagle Drive <br> Tinley Park <br> IL 60477 | | | | | | | *Unknown* |
| Account No: <br> Creditor # : 68 <br> Gloria Edwards <br> 4117 Lakeview Drive <br> Couontry Club Hi IL 60478 | | | | | | | $ 0.00 |
| Account No: <br> Creditor # : 69 <br> Gloria Smith <br> 18413 Carrington Ct <br> Orland Park IL 60462 | | | | | | | $ 0.00 |
| Account No: <br> Creditor # : 70 <br> Guy Joseph <br> 14435 Golf Road <br> Orland Park IL 60462 | | | | | | | $ 0.00 |

Sheet No. _11_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ <br> (Total of this page) | 16,000.00 |
| Total $ <br> (Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re  _Weiner Fred S_ _____ / Debtor        Case No. _2005_ _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: Creditor # : 71 Gwen Rice 4800 S Chicago Beach Dr Chicago IL 60615 | | | | | | | $ 0.00 |
| Account No: Creditor # : 72 Harvey Radney 2928 W. 86th Place Chicago IL 60652 | | | | | | | $ 0.00 |
| Account No: Creditor # : 73 Hazel Sapitula 1955 Lucielle Ln Hanover Park IL 60103 | | | | | | | $ 0.00 |
| Account No: Creditor # : 74 ILLINOIS DEPARTMENT OF REVENUE SPRINGFIELD IL | | | | | | | $ 1,000.00 |
| Account No: Creditor # : 75 INNOVA LIFE SCIENCES C/O THE CHAETKAPLAN  BAIM FIRM 30 NORTH LASALLE STREET CHICAGO IL 60602 | | BREACH OF CONTRACT | | | | X | $ 9,000.00 |
| Account No: Creditor # : 76 Jack Fugett 21432 Prestawen Mokena IL 60448 | | | | | | | $ 0.00 |

Sheet No. _12_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    10,000.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Weiner Fred S_____ / Debtor          Case No. _2005_____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 77 James Moran Orland Park IL | | | | | | | |
| Account No: | | | | | | | Unknown |
| Creditor # : 78 JANE BYARS 13156 OAK RIDGE UNIT 1b PALOS HEIGHTS IL 60463 | | | | | | | |
| Account No: | | | 2002 Malpractice | | | X | $ 50,000.00 |
| Creditor # : 79 Janet Nawrocki C/O Gregory Silverman 150 N. Wacker Drive Chicago, Il 60606 | | | | | | | |
| Account No: | | | BREACH OF CONTRACT | | | X | $ 15,000.00 |
| Creditor # : 80 JASON J KIM DENTAL LAB C/O ABRAMS AND ABRAMS 75 EAST WACKER DRIVE CHICAGO IL 60601 | | | | | | | |
| Account No: | | | | | | | Unknown |
| Creditor # : 81 JEFF BUSIEDLIK 8319 ASTER TINLEY PARK IL 60477 | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 82 Joan Richards Orland Park IL 60462 | | | | | | | |

Sheet No. _13_ of  _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  (Total of this page)          65,000.00

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  *Weiner Fred S* _____ / Debtor   Case No. *2005* _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 83 Joanne Bartelsen 17429 Yakima Drive Lockport IL 60441 | | | | | | | |
| Account No: | | | | | | | Unknown |
| Creditor # : 84 JOHN BJORIK 7218 N WOLCOTT CHICAGO IL 60626 | | | | | | | |
| Account No: | | | | | | | Unknown |
| Creditor # : 85 John Carr 22 Huntingwood Road Matteson  IL 60443 | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 86 John Gallagher 5408 S. Woodland Western Springs IL 60558 | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 87 John Stanovich 8031  Valley View Tinley Park IL 60477 | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 88 Johon Goldsberry 16551 Sharon Ct Tinley Park IL 60477 | | | | | | | |

Sheet No. _14_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   0.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Weiner Fred S_ _____ / Debtor        Case No. _2005_ _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 89 Joseph Alexander 9726 Green Str Chicago IL 60643 | | | | | | $ 0.00 |
| Account No: Creditor # : 90 Joyce Coley C/O Ronaldson and Kuchler 205 West Wacker Drive Chicago Il. 60606 | | 2003 Malpractice | | | X | $ 50,000.00 |
| Account No: Creditor # : 91 Joyce Patterson 3423 W 82nd Pl Chicago IL 60642 | | | | | | $ 0.00 |
| Account No: Creditor # : 92 Julie Kaplan 950 Stonegate Highland Park  IL 60035 | | | | | | $ 0.00 |
| Account No: Creditor # : 93 Julie Kaplan C/O Rubine Machrdo 120 W. Madison # 400 Chicago Illinois 60602 | | 2005 Malpractice | | | X | $ 50,000.00 |
| Account No: Creditor # : 94 Kathleen Muniz 14307 Clearview Orland Park IL 60462 | | | | | | $ 0.00 |

Sheet No. _15_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   100,000.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Weiner Fred S_____ / Debtor    Case No. _2005_____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 95<br>Kevin Fallon<br>5823 W. Circle<br>Chicago IL 60631 | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 96<br>Kim Lojek<br>15142 Sunset Ridge Drive<br>Orland Park IL  60462 | | | | | | | |
| Account No: | | 2004<br>Malpractice | | | | X | $ 50,000.00 |
| Creditor # : 97<br>Kimberly Lojek<br>C/O Nicholas J. Glen<br>100 West Madison<br>Chicago Illinois 60603 | | | | | | | |
| Account No: | | | | | | | Unknown |
| Creditor # : 98<br>LALA BUTT<br>13156 OAK RIDGE UNIT 1B<br>PALOS HEIGHTS IL 60463 | | | | | | | |
| Account No: | | | | | | | Unknown |
| Creditor # : 99<br>LARRY BOBB<br>14115 SOUTHWESTERN AVE LOT 330<br>BLUE ISLAND IL 60406 | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 100<br>Larry Wallace<br>7741 W. 87th Place #3W<br>Bridgeview IL 60455 | | | | | | | |

Sheet No. _16_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     50,000.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Weiner Fred S_ _____ / Debtor    Case No. _2005_ _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 101 LEONARD OARVALA | | | | | | | |
| Account No: | | | | | | | Unknown |
| Creditor # : 102 Lorene Burbridge 16741 W Seneca Dr. Lockport  IL 60441 | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 103 Loretta Schultz 18821 Dickens Drive Mokena IL 60448 | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 104 Luther Walker 14320 Dante Ave Dolton IL 60419 | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 105 Mark Sorenson 12323 Lakeview Drive Orland Park IL 60462 | | | | | | | |
| Account No: | | | | | | | Unknown |
| Creditor # : 106 Mary Clark 5630 N. Sheridan Chicago IL 60660 | | | | | | | |

Sheet No. _17_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | 0.00
(Total of this page)
Total $ |
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Weiner Fred S_____ / Debtor    Case No. _2005_____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 107* *Mary Leonhart* *2205 Keels Ct* *Elgin IL 61023* | | | | | | | $ 0.00 |
| Account No: *Creditor # : 108* *Mary Lou Homolka* *14000 S. Sheri Lane* *Orland Park IL 60462* | | | | | | | $ 0.00 |
| Account No: *Creditor # : 109* *Mary Mason* *1096 Amherst* *Park Forest IL 60466* | | | | | | | $ 0.00 |
| Account No: *Creditor # : 110* *Mary Murphy* *6431 N. EAst River Road* *Chicago* *IL 60656* | | | | | | | $ 0.00 |
| Account No: *Creditor # : 111* *Mary Smith* *C/O  Rothbun CServenyak & kOZO* *2400 GLENWOOD* *JOLIET IL 60435* | | | | | | | $ 10,000.00 |
| Account No: *Creditor # : 112* *Mayson Hamdan* *14200 Mallard Drvie* *Orland Park IL 60467* | | | | | | | $ 0.00 |

Sheet No. _18_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      10,000.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Weiner Fred S_____ / Debtor   Case No. _2005_____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 113 *Melissa Laga* *5548 s. Catherine Ave* *Countryside IL 60525* | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 114 *Michelle Goldrick* *5355 Diamond Drive Unit B* *Oak Forest IL 60452* | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 115 *Michelle Ryan* *8411 Iroquois Road* *Palos Park IL 60464* | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 116 *Michelle Tidwell* *5734 S. New England* *Chciago IL 60638* | | | | | | | |
| Account No: | | | | | | | Unknown |
| Creditor # : 117 *MIKE CALABRESE* *13708 CAVE CREEK* *LOCKPORT IL 60441* | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 118 *Mike Deleonardis* *5035 N. Menard* *Chicago IL  60630* | | | | | | | |

Sheet No. _19_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | 0.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Weiner Fred S_____ / Debtor        Case No. _2005_____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 119_<br>_MR AND MRS MILAN BORIL_<br>_C/O ROBERT D PATTERSON_<br>_221 N LASALLE STREET_<br>_CHICAGO IL 60601_ | | _Malpractice_ | | | X | $ 50,000.00 |
| Account No:<br>_Creditor # : 120_<br>_NICK CALANDRA_<br>_7851 DAKOTA LANE_<br>_ORLAND PARK IL 60462_ | | | | | | _Unknown_ |
| Account No:<br>_Creditor # : 121_<br>_NU-LIFE RESTORATIONS OF LONG_<br>_C/O THOMAS E BRABEC_<br>_18154 HARWOOD AVENUE_<br>_HOMEWOOD IL 60430_ | | | | | | $ 43,000.00 |
| Account No:<br>_Creditor # : 122_<br>_Paris Fountis_<br>_9948 Wood Lane_<br>_Palos Hills IL 60465_ | | | | | | $ 0.00 |
| Account No:<br>_Creditor # : 123_<br>_Patricia Tanner_<br>_632 N. Chery Dr_<br>_Glenwood IL 60425_ | | | | | | $ 0.00 |
| Account No:<br>_Creditor # : 124_<br>_RACHEL BURBRIDGE_<br>_16741 W SENECA_<br>_LOCKPORT IL 60441_ | | | | | | _Unknown_ |

Sheet No. _20_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        93,000.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Weiner Fred S_____ / Debtor    Case No. _2005_____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 125 _Regina Gavin Brown_ _17985 Huntleigh Court_ _Country Club Hil IL 60478_ | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 126 _Richard Arredondo_ _PO Box 1246_ _Tinley Park IL 60477_ | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 127 _Richard Suchie_ _14605 Poplar Ct_ _Oarland Park IL 60462_ | | | | | | | |
| Account No: | | | | | | | _Unknown_ |
| Creditor # : 128 _ROBERT BROWN_ _733 S. CORNELL_ _VILLA PARK, ILL   IL 60181_ | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 129 _Robert Dreger_ _20237 E. Lismore_ _Frankfort IL 60423_ | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 130 _Robert Kilgore_ _2917 Travis_ _Peru IN 46970_ | | | | | | | |

Sheet No. _21_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     0.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  Weiner Fred S _____ / Debtor      Case No. _2005_____
                                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 131 Robert Lindeman PO Box 1051 New Lenox IL 60451 | | | | | | | $ 0.00 |
| Account No: Creditor # : 132 Roberto Alvarez 3628 S Oak Park Berwyn IL 60402 | | | | | | | $ 0.00 |
| Account No: Creditor # : 133 Rosalind Morris 1813 S. Clark #22 Chicago IL 60616 | | | | | | | $ 0.00 |
| Account No: Creditor # : 134 Rose Marie Gaffney C/O S Jerome Levy 1 East Wacker Drive Chicago, Illinois 60601 | | | 2005 Malpractice | | | | $ 50,000.00 |
| Account No: Creditor # : 135 Rosemarie Krupowicz 8700 S Stevens Oak Lawn IL 60453 | | | | | | | $ 0.00 |
| Account No: Creditor # : 136 Ruby Feminola 17721 Bernard Dr 2B Orland Park IL 60467 | | | | | | | $ 0.00 |

Sheet No. _22_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | 50,000.00
(Total of this page)
Total $ |
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Weiner Fred S_____ / Debtor          Case No. _2005_____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 137 Rudy Salihar 15630 Sunset Ridge O Orland Park IL 60462 | | | | | | $ 0.00 |
| Account No: Creditor # : 138 Sandy Champlin 1001 N. Mingo STreet Albion MI 49224 | | | | | | Unknown |
| Account No: Creditor # : 139 SCHROEDER DENTAL LAB CO WALINSKI AND TRUNKETT 25 EAST WASHINGTON CHICAGO IL 60602 | | BREACH OF CONTRACT | | | X | $ 1.00 |
| Account No: Creditor # : 140 Sharon Hensel 14502Hamlin Midlothian IL 60444 | | | | | | $ 0.00 |
| Account No: Creditor # : 141 Sharon Kielma PO Box 396 Lemont IL 60439 | | | | | | $ 0.00 |
| Account No: Creditor # : 142 Sherman Mcmath 4249 Johnson Ave Hammond IN 45327 | | | | | | $ 0.00 |

Sheet No. _23_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          1.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Weiner Fred S_____ / Debtor          Case No. _2005_____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 143 *Steve Mueller* *2630 Wheatfield Court* *Aurora IL 60504* | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 144 *Steven Napoleon* *605 Euclid* *Villa Park IL 60181* | | | | | | | |
| Account No: | | | | | | | *Unknown* |
| Creditor # : 145 *SUE BARR* *4332 SW 99 PLACE* *OAK LAWN IL 60453* | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 146 *Sue Browning* *733 S. Cornell Ave* *Villa Park IL 60181* | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 147 *Tera Scovil* *16157 South 85th sT* *Tinley Park IL 60477* | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 148 *Terri Roti* *13011 Woodland Drive* *Lockport IL 60441* | | | | | | | |

Sheet No. _24_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ _____ 0.00
(Total of this page)

Total $ _____
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Weiner Fred S_____ / Debtor   Case No. _2005_____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| | | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: | | | | | | | | $ 0.00 |
| Creditor # : 149 Thelma Miller 3650 W. 177th St Country Club Hil IL 60478 | | | | | | | | |
| Account No: | | | | | | | | Unknown |
| Creditor # : 150 THERESA BURKART 28 W 671 BERKSHIRE ROAD WEST CHICAGO IL 60185 | | | | | | | | |
| Account No: | | | | | | | | $ 0.00 |
| Creditor # : 151 Thomas Wrobelewski 18905 Leila Drive Mokena IL 60448 | | | | | | | | |
| Account No: | | | | | | | | $ 0.00 |
| Creditor # : 152 Tim Drayoo 11016 3rd Street Mokena IL 60448 | | | | | | | | |
| Account No: | | | | | | | | Unknown |
| Creditor # : 153 Tonya Adams 16621 S 84th Street Tinley Park Il. 60477 | | | | | | | | |
| Account No: | | | | | | | | $ 0.00 |
| Creditor # : 154 Trina Gilbraith 2 Wheaton Ctr #402 Wheaton IL 60187 | | | | | | | | |

Sheet No. _25_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     0.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Weiner Fred S_ _____ / Debtor     Case No. _2005_ _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 155 Vaclav Tetauer 1150 Inverrary Lane Deerfield IL 60015 | | | | | | $ 0.00 |
| Account No: Creditor # : 156 Valarie Arseneau 215 E. Marsile St #3 Bourbonnais IL  IL 60914 | | | | | | $ 0.00 |
| Account No: Creditor # : 157 Velton Cole 3819 Dewey Ave Richton Park IL 60471 | | | | | | $ 0.00 |
| Account No: Creditor # : 158 Vivan Street Orland Park IL 60462 | | | | | | $ 0.00 |
| Account No: Creditor # : 159 Vivian Street C/O Nicholas J. Glen 100 West madison Chicago Illinois  60603 | | Malpractice | | | X | $ 50,000.00 |
| Account No: Creditor # : 160 Wayne Kaiser 2631 N. 75th Ave Elmwood Park IL 60707 | | | | | | $ 0.00 |

Sheet No. _26_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    50,000.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Weiner Fred S_____ / Debtor          Case No. _2005_____
                                                                              (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 161*<br>*Winnie Neal*<br>*342 Avalon*<br>*Glenwood IL 60425* | | | | | | | $ 0.00 |
| Account No:<br>*Creditor # : 162*<br>*Woodrow Bailey*<br>*1722 W. 170th Str*<br>*Hazel Crest IL 60429* | | | | | | | $ 0.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _27_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ (Total of this page) | 0.00 |
| Total $ (Report total also on Summary of Schedules) | 800,195.00 |

In re **_Weiner Fred S_** _____ / Debtor          Case No. **_2005_**
(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
    creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

FORM B6H (6/90) West Group, Rochester, NY

In re *Weiner Fred S* _____ / Debtor    Case No. *2005* _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

FORM B6I (12/03) West Group, Rochester, NY

In re _Weiner Fred S_ _____ / Debtor    Case No. _2005_ _____

(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 0.00 | $ 0.00 |
| Estimated Monthly Overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 0.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other  (Specify): | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from Real Property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social Security or other government assistance Specify: | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income Specify: | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 0.00 | $ 0.00 |

TOTAL COMBINED MONTHLY INCOME    $ ___0.00___
(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J (6/90) West Group, Rochester, NY

In re _Weiner Fred S_____ / Debtor    Case No. _2005_____
                                                                    (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
| Are real estate taxes included?    Yes ☐    No ☐ | |
| Is property insurance included?    Yes ☐    No ☐ | |
| Utilities: Electricity and heating fuel | $ 0.00 |
|     Water and sewer | $ 0.00 |
|     Telephone | $ 0.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
| Home maintenance (Repairs and upkeep) | $ 0.00 |
| Food | $ 0.00 |
| Clothing | $ 0.00 |
| Laundry and dry cleaning | $ 0.00 |
| Medical and dental expenses | $ 0.00 |
| Transportation (not including car payments) | $ 0.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ 0.00 |
|     Life | $ 0.00 |
|     Health | $ 0.00 |
|     Auto | $ 0.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | |
| Specify: | $ 0.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | $ 0.00 |
|     Other: | $ 0.00 |
|     Other: | $ 0.00 |
|     Other: | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other: | $ 0.00 |
| Other: | $ 0.00 |
| Other: | $ 0.00 |
| TOTAL MONTHLY EXPENSES    (Report also on Summary of Schedules) | $ 0.00 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Weiner Fred S*                                                                 Case No.  *2005*
                                                                                      Chapter  *7*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | *Yes* | *1* | $          0.00 | | |
| B-Personal Property | *Yes* | *3* | $      2,750.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $          0.00 | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *2* | | $    225,000.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *28* | | $    800,195.00 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $          0.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $          0.00 |
| Total Number of Sheets in All Schedules ▶ | | *40* | | | |
| Total Assets ▶ | | | $      2,750.00 | | |
| Total Liabilities ▶ | | | | $   1,025,195.00 | |

FORM B6 (6/90) West Group, Rochester, NY

In re _Weiner Fred S_ _____ / Debtor    Case No. _2005_____

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___41___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _10/15/2005_____    Signature _____

_Weiner Fred S_

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Weiner  Fred  S*

Case No. *2005*

Chapter  *7*

_____/ Debtor

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

### 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|--------|---------------------------|
| Year to date: 35,000. | consultant |
| Last Year:    8,200 | Dentist |
| Year before:  54,000 | Dentist |

### 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 3. Payments to creditors.

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

 NONE

---

**4. Suits and administrative proceedings, executions, garnishments and attachments.**

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Weiner v Illinois Dept of Financial and Prof Regulation 2005 ch 03125 2005 ch 02254* | *Administrative Review* | *circuit court of cook county* | *pending* |
| *cleona patterson v weiner 05L001103* | *malpractice* | *circuit court of cook county* | *pending* |
| *Dent a Med v Weiner 04c 4780* | *contract* | *United States District Court Chicago* | *Pending* |
| *Mary Smith v Wiener 05M500194* | *Malpractice* | *circuit court of Cook County* | *PENDING* |
| *ZIMMER DENTAL V WEINER* | *CONTRACT* | *CIRCUIT COURT OF COOK* | *PENDING* |
| *Boril v Weiner 04L-11500* | *Maplractice* | *Circuit Court of Cook* | *Pending* |
| *Nu-Life Restorations of Long Island v Weiner  05L050075* | *contract* | *Circuit Court of Cook County* | *Pending* |
| *Dental Staff Placement v Weiner 04m1 119362* | *Contract* | *Circuit Court of Cook County* | *Default* |
| *Glen D. Crick v. Weiner* | *contract* | *Circuit Court of Cook County* | *04m1-144646* |

Statement of Affairs - Page 2

QUESTION 4a CONTINUED ...

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Fay Balbinot v Weiner 04m6-6101 | malpractice | Circuit Court of Cook County | Pedning |
| Agata Tkacz v. Weiner 04L013861 | Malpractice | Circuit Court of Cook County | Pending |
| David Schlaker v Weiner 04SC4927 | contract | circuit court of will county illinois | Pending |
| Jason J Kim v Weiner 04M1 628025 | Foreign Proceeding Registration | Circuit Court of Cook County | Pending |
| Chicago Sun Times v Weiner 04m1 133726 | Contract | Circuit Court of Cook County | |
| Schroeder Dental Labs V Weiner 03m1148453 | Contract | circuit court of cook | |
| Diamond P Real Estate v Weiner 04m1 138575 | contract forcible | Circuit Court of cook County | |
| Kimberly Lojek v Weiner 2004L 005864 | Malpractice | Circuit Court of Cook | Pending |
| Julie Kaplan v Weiner 2005 l 00971 | Malpractice | Circuit Court of Cook County | Pending |
| Vivian Street V Weiner 2005 L 10648 | Malpractice | Circuit Court of Cook County | Pending |
| Francis Harrison V Weiner 2005 L007837 | Malpractice | Circuit Court of Cook County | Pending |
| Rose Marie Gaffney V Weiner 2005L 007809 | Malpractice | Circuit Court of Cook County | Pending |

QUESTION 4a CONTINUED ...

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Paris Fountis v. Weiner 2004L 013713* | *Malpractice* | *Circuit Court of Cook County* | *Pending* |
| *Janet Nawrocki V Weiner 2002L011047* | *malpractice* | *circuit court of cook couty* | *pending* |
| *Joyce Coley v. Weiner 2003L002038* | *Malpractice* | *Circuit Court of Cook COunty* | *Pending* |
| *Anna Preban v Weiner 2005M1133885* | *Malpractice* | *Circuit Court of Cook COunty* | *Pending* |
| *Mary Smith V Weiner 2005 M5 000194* | *Circuit Court Of Cook County* | | *Pending* |
| *Critcare Systems V Weiner 2004M1 158643* | *Contract* | *Circuit Court of Cook County* | *Pending* |
| *Loenard Oarvala v Weiner 2005 M5 000423* | *Contract* | *Circuit Court of Cook County* | *Pending* |
| *Capital One Bank V Weiner 2005m110212* | *contract* | *circuit court of cook county* | *pending* |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 5. Repossessions, foreclosures and returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 6. Assignments and receiverships.

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 9. Payments related to debt counseling or bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Jeffrey Strange*<br>*Address:*<br>*717 Ridge*<br>*Wilmette, IL 60091* | *Date of Payment: September 25*<br>*Payor: weiner fred s* | *$4000.00* |

## 10. Other transfers.

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 11. Closed financial accounts.

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

☒ NONE

## 12. Safe deposit boxes.

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**13. Setoffs.**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**14. Property held for another person.**

List all property owned by another person that the debtor holds or controls.

☒ NONE

**15. Prior address of debtor.**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

<u>NAME</u>

*Name:Daisy Weiner*

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under and Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

## 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencment of this case.

| NAME AND ADDRESS | TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| **Debtor is an Individual: Business Life Time Smiles White Oak Dental Address:62 Orland Square Orland Park** | **TaxPayer ID:** | **Dentist  License was suspended by State of Illinois on June 30, 2004** | **June 30, 2004 end** |
| **Debtor is an Individual: Fred S. Weiner**<br><br>**Business Choice Advertising Address Debtors residence** | **TaxPayer ID:** | **Place Advertisements for Dentist** | **Jan 2005** |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements.

a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

☒ NONE

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☒ NONE

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

<u>NAME AND ADDRESS</u>

*Name:Fred S. Weiner*

*Address:*

*Missing:*

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

☒ NONE

## 20. Inventories.

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒ NONE

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

☒ NONE

## 21. Current Partners, Officers, Directors and Shareholders.

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☒ NONE

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

☒ NONE

## 22. Former partners, officers, directors and shareholders.

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

☒ NONE

b. If the debtor is a corporation. list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

☒ NONE

## 23. Withdrawals from a partnership or distribution by a corporation.

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

☒ NONE

## 24. Tax Consolidation Group.

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six year period immediately preceeding the commencement of the case.

☒ NONE

Statement of Affairs - Page 8

**25. Pension Funds.**

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six year period immediately preceding the commencement of the case.

☒ NONE

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _10/15/2005_          Signature _____
                                         *Weiner Fred S*

Date _____          Signature _____

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Weiner Fred S*

Case No. *2005*
Chapter *7*

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.**

**2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:**

**a.  Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| *None* | |

**b.  Property to Be Retained.**  [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| *None* | | | | |

### Signature of Debtor(s)

Date: *10/15/2005*_____    Debtor: _____

Date: *10/15/2005*_____    Joint Debtor: _____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re   *Weiner Fred S*                                                    Case No.*2005*
                                                                          Chapter *7*

_____  / Debtor

Attorney for Debtor:   *Jeffrey Strange*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*4,000.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____*0.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . $_____*4,000.00*

3.  $ _____*209.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated: *10/15/2005*                        Respectfully submitted,


                                    X_____

        Attorney for Petitioner: *Jeffrey Strange*
                                 *Jeffrey Strange & Associates*
                                 *717 Ridge*
                                 *Wilmette IL  60091*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Weiner Fred S*

Case No. *2005*
Chapter  *7*

_____ / Debtor

Attorney for Debtor:   *Jeffrey Strange*

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *10/15/2005*
_____

_____
Debtor

ISAIAH ROME
306 FARRAGUT
PARK FOREST, IL  60466

AGATA TKACZ
7613 W. 105TH STREET
PALOS HILLS, IL  60465

AGATA TKACZ
C/O DICKER AND DICKER
300 WEST ADAMS
CHICAGO, IL  60606

AILLEEN DU BENJAKUL

AL MATHES
1551 ORTO CT
WHEATON, IL  60187

ALINA KALEMBASA
1285 DEERFIELD ROAD
DEERFIELD, IL  60015

ANGELO DEVITA
303 E. NORTH AVENUE #E
CHICAGO, IL  60164

ANNA PREBAN
C/O GORMAN AND GORMAN
542 SOUTH DEARBORN
CHICAGO, IL  60605

ANTHONY BULAON
773 HUNTINGTON DRIVE
CAROL STREAM, IL  60188

ANTHONY GAVROS
908 SURREY DRIVE #1A
SCHAUMBURG , IL  60193

APRIL GARRETT
18600 VILLAGE DR #304
HAZEL CREST, IL   60429

ARMANI DAIFALLAH
8030 ENCLAIRE LANE
TINLEY PARK, IL  60477

ASHA HARAN
2430 VICTORIA ROAD
SHEREVILLE, IN  46373

BARBARA HERNANDEZ
9523 S. 54TH AVE
OAK LAWN, IL  60453

BARBARA OLIVER
3336 CUMBERLAND TRAILS
OLYMPIA FIELDS, IL  60461

BERRY YEAGY
713 RIVERSIDE DRIVE
BERWYN, IL  60402


BILL ASHLEY
1942 CHESHIRE
WHEATON, IL  60187


BILL LYNCH
15121 ARBOR DRIVE
ORLAND PARK, IL  60467


BOB TOKOLY
11240CAMERON PARKEWAY
ORLAND PARK, IL  60462


BRENDA COSTELLO
ORLAND PARK, IL  60462


BURNEY MATTHEW
425 5TH STREET
WHEELING, IL  60090


CANDACE EDWARDS
4117 LAKEVIEW DRIVE
COUNTRY CLUB HIL, IL  60478


CAPITAL ONE BANK
C/O WEXLER & WEXLER
500 WEST MADISON
CHICAGO, IL  60661


CARMEN CANALES
9920 GETTLER ST
DYER, IN  46311


CAROL SCHUETZ
135 FLAMINGO DRIVE
BEECHER, IL  60401


CAROLYN CALDWELL
5050 SOUTH LAKE SHORE DRIVE
CHICAGO, IL  60615


CATHY BELGRAVE
7647 W 162 ST
TINLEY PARK, IL  60477


CERTIFIED DENTAL
C/O  HELLER AND FRISONE
33 N LASALLE
CHICAGO, IL  60602


CHARLES KAPLAN
950 STONEGATE
HIGHLAND PARK, IL  60035


CHICAGO SUN TIMES
C/O MICHAEL WEIS
PO BOX1166
NORTHBROOK, IL  60462

CINDY JONES
6201 BOCA RIO
OAK FOREST, IL  60452

CLEONA PATTERSON
C/O EVAN A HUGHES
100 WEST MONROE STREET
CHICAGO, IL  60603

CONNIE MCVADE
PO BOX 2519
HAMMOND, IN  45323

CORNELL SANDERS
10649 S MICHIGAN AVE
CHICAGO, IL  60628

CRITICARE SYSTEMS
C/O JOELLEN RYDBERG

CRYSTAL BRYANT
17940 ROYAL OAK CT
TINLEY PARK, IL.  60462

DAN GENTILE
14936 W. 147TH ST
LOCKPORT, IL  60441

DANIEL KOJDER PATRICIA KOJDER
234 TEAL LANE
BRAIDWOOD, IL  60408

DARVAIA LEONARD
8307 KNOLLWOOD DR
PALOS PARK, IL  60464

DAVID SCHLAKER
C/O SCOTT SCHIMONSKI
901 BUTTERFIELD CIRCLE WEST
SHOREWOOD, ILLINOIS  60431

DEHLIA MURPHY
7741 W. 87TH PLACE
APARTMENT 3W
BRIDGEVIEW, IL  60455

DENNIS PARDIKES
12811 S. 82ND COURT
PALOS PARK, IL  60464

DENT- A- MED
C/O RICHARD J ARENDT
640 N LASALLE STREET
CHICAGO, IL  60610

DEVIN SINK
12941 SOUTH 80TH AVE
PALOS PARK, IL  60465

DIAMOND CHRONOMETERS, INC.
C/O KAPLAN PAPADAKIS AND GOURN
180 N LASALLE
CHICAGO, ILLINOIS  60601

DIANA BUSHA
8643 HARVEST VIEW LANE
TINLEY PARK, IL  60477

DIANE STENGLE
14532 MALLARD LN
LOCKPORT, IL  60441

DON HOFFMEISTER
17045 GUSSON DRIVE
TINLEY PARK, IL  60477

DON KRONEBERG
5257 W 170TH PLACE
ORLAND PARK, IL  60462

DOROTHY WENZER
24677 N. FOX RIVER DRIVE
CARY, IL  60013

DURBIN SCHEIBE
319 E BLACKSTONE AVE
WILLOW SPRINGS, IL  60480

ED GUTH
1155 SILVERWOOD CT #D1
WHEELING, IL  60090

ELAINE SCHUBERT
9376 BAY COLONY DRIVE #2N
DES PLAINES, IL   60016

ELI CHRISTIANSEN
9248 CENTRAL AVE
OAK LAWN, IL  60453

ELIZABETH TARRANT
2812 W. 66TH STREET
EVERGREEN PARK, IL  60805

ELLERY WHITESIDE
6300 SUNFLOWER DRIVE
MATTSEON , IL  60443

ESTER CONTRERAS
7541 S. BELOIT
BRIDGEVIEW , IL  60455

FATMA RICE
1635 N. WESTERN AVENUE
CHICAGO
IL, 60649

FAY BALBINOT
7223 170TH PLACE
TINLEY PARK, IL  60477

FAYE BULLOCK
C/O THOMAS H MURPHY
7725 W 159TH STREET #A
TINLEY PARK, IL.  60477

FRANCIS HARRISON
730 CENTRAL PARK AVE
FLOSSMOOR, IL 60422

FRANCIS HARRISON
C/P S. JEROME LEVY
1 EAST WACKER
CHICAGO, IL.  60601

GENEVA GILYARD
9358 S. ADA ST
CHICAGO, IL  60620

GERALD GLOSNIAK
14079 S. WOODWARD DR
ORLAND PARK, IL  60452

GIOVANNI ABATE
16621 S 84TH
ORLAND PARK, ILLINOIS  60477

GLEN D CRICK
C/O EDWARD WILLIAMS
205 WEST WACKER
CHICAGO, IL  60462

GLORIA BULLOCK
18143 EAGLE DRIVE
TINLEY PARK
IL, 60477

GLORIA EDWARDS
4117 LAKEVIEW DRIVE
COUONTRY CLUB HI, IL  60478

GLORIA SMITH
18413 CARRINGTON CT
ORLAND PARK, IL  60462

GUY JOSEPH
14435 GOLF ROAD
ORLAND PARK, IL  60462

GWEN RICE
4800 S CHICAGO BEACH DR
CHICAGO, IL  60615

HARVEY RADNEY
2928 W. 86TH PLACE
CHICAGO, IL  60652

HAZEL SAPITULA
1955 LUCIELLE LN
HANOVER PARK, IL  60103

```
ILL DEPT OF REVENUE APPELATE OFFICE
C/O ILLINOIS ATTORNEY GENERAL
100 WEST RANDOLPH #13-194
CHICAGO, IL  60601

ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD, IL

INNOVA LIFE SCIENCES
C/O THE CHAETKAPLAN  BAIM FIRM
30 NORTH LASALLE STREET
CHICAGO, IL  60602

INTERNAL REVENUE SERVICE
KANSAS CITY, MO.  64999

JACK FUGETT
21432 PRESTAWEN
MOKENA, IL  60448

JAMES MORAN
ORLAND PARK, IL

JANE BYARS
13156 OAK RIDGE
UNIT 1B
PALOS HEIGHTS, IL  60463

JANET NAWROCKI
C/O GREGORY SILVERMAN
150 N. WACKER DRIVE
CHICAGO,, IL  60606

JASON J KIM DENTAL LAB
C/O ABRAMS AND ABRAMS
75 EAST WACKER DRIVE
CHICAGO, IL  60601

JEFF BUSIEDLIK
8319 ASTER
TINLEY PARK, IL  60477

JEFFREY STRANGE
717 RIDGE
WILMETTE, IL  60091

JOAN RICHARDS
ORLAND PARK, IL  60462

JOANNE BARTELSEN
17429 YAKIMA DRIVE
LOCKPORT, IL  60441

JOHN BJORIK
7218 N WOLCOTT
CHICAGO, IL  60626

JOHN CARR
22 HUNTINGWOOD ROAD
MATTESON , IL  60443
```

JOHN GALLAGHER
5408 S. WOODLAND
WESTERN SPRINGS, IL  60558

JOHN STANOVICH
8031  VALLEY VIEW
TINLEY PARK, IL  60477

JOHON GOLDSBERRY
16551 SHARON CT
TINLEY PARK, IL  60477

JOSEPH ALEXANDER
9726 GREEN STR
CHICAGO, IL  60643

JOYCE COLEY
C/O RONALDSON AND KUCHLER
205 WEST WACKER DRIVE
CHICAGO, IL.  60606

JOYCE PATTERSON
3423 W 82ND PL
CHICAGO, IL  60642

JULIE KAPLAN
950 STONEGATE
HIGHLAND PARK , IL  60035

JULIE KAPLAN
C/O RUBINE MACHRDO
120 W. MADISON # 400
CHICAGO, ILLINOIS  60602

KATHLEEN MUNIZ
14307 CLEARVIEW
ORLAND PARK, IL  60462

KEVIN FALLON
5823 W. CIRCLE
CHICAGO, IL  60631

KIM LOJEK
15142 SUNSET RIDGE DRIVE
ORLAND PARK, IL   60462

KIMBERLY LOJEK
C/O NICHOLAS J. GLEN
100 WEST MADISON
CHICAGO, ILLINOIS  60603

LALA BUTT
13156 OAK RIDGE UNIT 1B
PALOS HEIGHTS, IL  60463

LARRY BOBB
14115 SOUTHWESTERN AVE LOT 330
BLUE ISLAND, IL  60406

LARRY WALLACE
7741 W. 87TH PLACE #3W
BRIDGEVIEW, IL  60455

LEONARD OARVALA

LORENE BURBRIDGE
16741 W SENECA DR.
LOCKPORT , IL  60441

LORETTA SCHULTZ
18821 DICKENS DRIVE
MOKENA, IL  60448

LUTHER WALKER
14320 DANTE AVE
DOLTON, IL  60419

MARK SORENSON
12323 LAKEVIEW DRIVE
ORLAND PARK, IL  60462

MARY CLARK
5630 N. SHERIDAN
CHICAGO, IL  60660

MARY LEONHART
2205 KEELS CT
ELGIN, IL  61023

MARY LOU HOMOLKA
14000 S. SHERI LANE
ORLAND PARK, IL  60462

MARY MASON
1096 AMHERST
PARK FOREST, IL  60466

MARY MURPHY
6431 N. EAST RIVER ROAD
CHICAGO
IL, 60656

MARY SMITH
C/O  ROTHBUN CSERVENYAK & KOZO
2400 GLENWOOD
JOLIET, IL  60435

MAYSON HAMDAN
14200 MALLARD DRVIE
ORLAND PARK, IL  60467

MELISSA LAGA
5548 S. CATHERINE AVE
COUNTRYSIDE, IL  60525

MICHELLE GOLDRICK
5355 DIAMOND DRIVE UNIT B
OAK FOREST, IL  60452

MICHELLE TIDWELL
8411 IROQUOIS ROAD
PALOS PARK, IL  60464


MICHELLE TIDWELL
5734 S. NEW ENGLAND
CHCIAGO, IL  60638


MIKE CALABRESE
13708 CAVE CREEK
LOCKPORT, IL  60441


MIKE DELEONARDIS
5035 N. MENARD
CHICAGO, IL   60630


MR AND MRS MILAN BORIL
C/O ROBERT D PATTERSON
221 N LASALLE STREET
CHICAGO, IL   60601


NICK CALANDRA
7851 DAKOTA LANE
ORLAND PARK, IL  60462


NU-LIFE RESTORATIONS OF LONG
C/O THOMAS E BRABEC
18154 HARWOOD AVENUE
HOMEWOOD, IL  60430


PARIS FOUNTIS
9948 WOOD LANE
PALOS HILLS, IL  60465


PATRICIA TANNER
632 N. CHERY DR
GLENWOOD, IL  60425


RACHEL BURBRIDGE
16741 W SENECA
LOCKPORT, IL  60441


REGINA GAVIN BROWN
17985 HUNTLEIGH COURT
COUNTRY CLUB HIL, IL  60478


RICHARD ARREDONDO
PO BOX 1246
TINLEY PARK, IL  60477


RICHARD SUCHIE
14605 POPLAR CT
OARLAND PARK, IL  60462


ROBERT BROWN
733 S. CORNELL
VILLA PARK, ILL , IL  60181


ROBERT DREGER
20237 E. LISMORE
FRANKFORT, IL  60423

ROBERT HELLGETH
2917 TRAVIS
PERU, IN  46970

ROBERT LINDEMAN
PO BOX 1051
NEW LENOX, IL  60451

ROBERTO ALVAREZ
3628 S OAK PARK
BERWYN, IL  60402

ROSALIND MORRIS
1813 S. CLARK #22
CHICAGO, IL  60616

ROSE MARIE GAFFNEY
C/O S JEROME LEVY
1 EAST WACKER DRIVE
CHICAGO, , ILLINOIS   60601

ROSEMARIE KRUPOWICZ
8700 S STEVENS
OAK LAWN, IL  60453

RUBY FEMINOLA
17721 BERNARD DR 2B
ORLAND PARK, IL  60467

RUDY SALIHAR
15630 SUNSET RIDGE
O
ORLAND PARK, IL  60462

SANDY CHAMPLIN
1001 N. MINGO STREET
ALBION, MI  49224

SCHROEDER DENTAL LAB
CO WALINSKI AND TRUNKETT
25 EAST WASHINGTON
CHICAGO, IL  60602

SHARON HENSEL
14502HAMLIN
MIDLOTHIAN, IL  60444

SHARON KIELMA
PO BOX 396
LEMONT, IL  60439

SHERMAN MCMATH
4249 JOHNSON AVE
HAMMOND, IN  45327

STEVE MUELLER
2630 WHEATFIELD COURT
AURORA, IL  60504

STEVEN JACOBSON
605 EUCLID
VILLA PARK, IL  60181

SUE BARR
4332 SW 99 PLACE
OAK LAWN, IL  60453

SUE BROWNING
733 S. CORNELL AVE
VILLA PARK, IL  60181

TERA SCOVIL
16157 SOUTH 85TH ST
TINLEY PARK, IL  60477

TERRI ROTI
13011 WOODLAND DRIVE
LOCKPORT, IL  60441

THELMA MILLER
3650 W. 177TH ST
COUNTRY CLUB HIL, IL  60478

THERESA BURKART
28 W 671 BERKSHIRE ROAD
WEST CHICAGO, IL  60185

THOMAS WROBELEWSKI
18905 LEILA DRIVE
MOKENA, IL  60448

TIM DRAYOO
11016 3RD STREET
MOKENA, IL  60448

TONYA ADAMS
16621 S 84TH STREET
TINLEY PARK, IL.  60477

TRINA GILBRAITH
2 WHEATON CTR #402
WHEATON, IL  60187

VACLAV TETAUER
1150 INVERRARY LANE
DEERFIELD, IL  60015

VALARIE ARSENEAU
215 E. MARSILE ST #3
BOURBONNAIS IL , IL  60914

VELTON COLE
3819 DEWEY AVE
RICHTON PARK, IL  60471

VIVAN STREET
ORLAND PARK, IL  60462

VIVIAN CONTRERAS
C/O NICHOLAS J. GLEN
100 WEST MADISON
CHICAGO, ILLINOIS    60603

WAYNE KAISER
2631 N. 75TH AVE
ELMWOOD PARK, IL  60707

WEINER FRED S
474 NORTH CLINTON
CHICAGO, ILLINOIS  60610-8801

WINNIE NEAL
342 AVALON
GLENWOOD, IL  60425

WOODROW BAILEY
1722 W. 170TH STR
HAZEL CREST, IL  60429

Form B 21 Official Form 21 (783 + Thomson, Rochester, NY
(12/03)

# FORM 21. STATEMENT OF SOCIAL SECURITY NUMBER

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Weiner Fred S*

Case No. *2005*
Chapter  *7*

Address:  *474 North Clinton*
*Chicago, Illinois  60610-8801*

Employer's Tax Identification No(s). [if any]:
Last four digits of Social Security No(s).:  *1814*                                      / Debtor

### STATEMENT OF SOCIAL SECURITY NUMBER(S)

1. Name of Debtor (enter Last, First, Middle): *Weiner Fred Scott*
   *(Check the appropriate box and, if applicable, provide the required information.)*

   ☒ Debtor has a Social Security Number and it is: *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*
      *(If more than one, state all.)*

   ☐ Debtor does not have a Social Security Number.

2. Name of Joint Debtor (enter Last, First, Middle):
   *(Check the appropriate box and, if applicable, provide the required information.)*

   ☐ Joint Debtor has a Social Security Number and it is:
      *(If more than one, state all.)*

   ☐ Joint Debtor does not have a Social Security Number.

I declare under penalty of perjury that the foregoing is true and correct.

X _____          *10/15/2005*
         Signature of Debtor                    Date

X _____
      Signature of Joint Debtor                 Date

_____

*Joint debtors must provide information for both spouses.*
*Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.*