# EXHIBIT B

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

| | |
|---|---|
| TOTAL RECEIPTS | $ 87,280.03 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 2,750.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 05-54630 | Trustee: | (520196) MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | WEINER, FRED S | Filed (f) or Converted (c): | 10/14/05 (f) |
| | | §341(a) Meeting Date: | 01/09/06 |
| Period Ending: | 12/16/08 | Claims Bar Date: | 05/22/06 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Cash-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 2 | Clothing-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Five paintings-scheduled | 250.00 | 0.00 | | 0.00 | FA |
| 5 | First Choice-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Lifetime Smiles Stock-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Inheritance-unscheduled (u) | 0.00 | Unknown | | 85,956.84 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1,323.19 | Unknown |
| 8 Assets | Totals (Excluding unknown values) | $2,750.00 | $0.00 | | $87,280.03 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee collected an uscheduled inheritance. The Trustee has recently commucated with the IRS in connection with a claim it has filed. The Trusee will file his Final Report in 2008.

Initial Projected Date Of Final Report (TFR): December 31, 2009        Current Projected Date Of Final Report (TFR): December 31, 2009

Printed: 12/16/2008 11:44 AM   V.10.54