**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>WEINER, FRED S<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-54630<br><br>JUDGE PAMELA S. HOLLIS |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. Bankruptcy Court
   219 South Dearborn, Courtroom 644
   Chicago, Illinois 60604

   on: **January 27, 2009**
   at: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                    $        87,280.03

   b. Disbursements                               $              0.00

   c. Net Cash Available for Distribution         $        87,280.03

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

| | | |
|---|---|---|
| MICHAEL G. BERLAND (Trustee Expenses) | 0.00 | $132.00 |
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $7,613.18 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $263,411.93 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 30.19%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 7A | Agata Tkacz | $ 2,225.00 | $ 2,225.00 |
| 12 | Internal Revenue Service | $ 261,186.93 | $ 77,309.85 |

7.  Claims of general unsecured creditors totaling $905,158.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Cleona Patterson | $ 50,000.00 | $ 0.00 |
| 2 | Cora Rowland | $ 50,000.00 | $ 0.00 |
| 3 | Mark Sorenson | $ 50,000.00 | $ 0.00 |
| 4 | Gloria J. Smith | $ 10,000.00 | $ 0.00 |
| 5 | Gloria J. Smith | $ 10,000.00 | $ 0.00 |
| 6 | Vivian Street c/o Daniel T. Madigan | $ 50,000.00 | $ 0.00 |
| 7B | Agata Tkacz | $ 12,275.00 | $ 0.00 |
| 8 | Dent-A-Med, Inc. d/b/a HC Processing Center | $ 253,089.57 | $ 0.00 |

| | | | |
|---|---|---|---|
| 9 | Julie Kaplan | $ 100,000.00 | $ 0.00 |
| 10 | eCAST Settlement Corporation assignee of | $ 100.75 | $ 0.00 |
| 11 | eCAST Settlement Corporation assignee of | $ 253.24 | $ 0.00 |
| 13 | Internal revenue Service | $ 319,439.49 | $ 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

Dated: **December 24, 2008**         For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:   MICHAEL G. BERLAND
Address:   1 NORTH LASALLE STREET
           STE 1775
           CHICAGO, IL  60602
Phone No.: (312) 855-1272

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                Page 1 of 1            Date Rcvd: Dec 24, 2008
Case: 05-54630                Form ID: pdf002            Total Served: 27

The following entities were served by first class mail on Dec 26, 2008.
db         +Fred Scott Weiner,    474 N. Clinton,    Chicago, IL 60654-8801
aty        +Jeffrey Strange,    Jeffrey Strange & Associates,    717 Ridge Road,    Wilmette, IL 60091-2486
tr         +Michael G Berland,    1 N LaSalle St, No.1775,    Chicago, IL 60602-4065
10491571   +Agata Tkacz,    c/o Dicker & Dicker,    300 West Adams,    Chicago, IL 60606-5101
10491570   +Agata Tkacz,    7613 W 105th Street,    Palos Hills, IL 60465-2032
10491573   +Al Mathes,    1551 Orto Court,    Wheaton, IL 60189-7236
10491574   +Alina Kalembasa,    1285 Deerfield Road,    Deerfield, IL 60015-4170
10491575   +Angelo Devita,    303 E North Avenue # E,    Chicago, IL 60164-2629
10491576   +Anthony Bulaon,    773 Hungtington Drive,    Carol Stream, IL 60188-4347
10491577   +Anthony Gavros,    908 Surrey Drive #1A,    Schaumburg, IL 60193-4863
10491578    April Garrett,    18600 Village Drive # 304,    Hazel Crest, IL 60429
10491579    Armani Daifallah,    803 Enclaire Lane,    Tinley Park, IL 60477
10491580   +Asha Haran,    2430 Victoria Road,    Schereville, IN 46375-2324
10491581   +Barbara Hernandez,    9523 S 54th Avenue,    Oak Lawn, IL 60453-2917
10491582   +Barbara Oliver,    3336 Cumberland Trails,    Olympia Fields, IL 60461-1147
10491583    Berry Dushi,    713 Riverside Drive,    Berwyn, IL 60402
10497600   +Cleona Patterson,    c/o Evan Hughes,    100 West Monroe Street, Suite 1900,
             Chicago, IL 60603-1911
10497604   +Cora Rowland,    c/o Evan Hughes,    100 West Monroe Street, Suite 1900,    Chicago, IL 60603-1911
10745211   +Dent-A-Med, Inc. d/b/a HC Processing Center,    c/o Richard J. Arendt,    640 North LaSalle Street,
             Suite 270,   Chicago, Illinois 60654-3783
10672128   +Gloria J. Smith,    18413 Carrington Ct,    Hazel Crest, IL 60429-2475
10491568  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-,    Internal Revenue Service,
             P O Box 21126,    Philadelphia, PA 19114)
10491569   +Isaiah Holt,    306 Farragut,    Park Forest, IL 60466-1112
10759555   +Julie Kaplan,    Rubin, Machado & Rosenblum,    Attn: David Goldberg,    120 W. Madison St, #400,
             Chicago, IL 60602-4177
10497607   +Mark Sorenson,    c/o Evan Hughes,    100 West Monroe Street, Suite 1900,    Chicago, IL 60603-1911
10722803   +Vivian Street c/o Daniel T. Madigan,    100 W. Monroe,    Suite 200,    Chicago, IL 60603-1975
10810823    eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
             POB 35480,   Newark NJ 07193-5480
10491567   +illinois Dept of Prof and Financial,    c/o Illinois Attorney General,    100 West Randolph 13-194,
             Chicago, IL 60601-3218

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10491572    Ailleen Du Benjakul
10688667*  +Gloria J. Smith,    18413 Carrington Ct,    Hazel Crest, IL 60429-2475
                                                                                               TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 26, 2008**                              **Signature:** _Joseph Speetjens_