IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>WEINER, FRED S<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-54630<br><br>JUDGE PAMELA S. HOLLIS |

TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO: THE HONORABLE BRUCE W. BLACK
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance\ with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A"

All checks have been cashed. The Form 2 is attached as Exhibit "B".

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

/s/ Michael G. Berland Trustee

Dated: 3/27/09

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>WEINER, FRED S<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-54630<br><br>JUDGE PAMELA S. HOLLIS |

### DISTRIBUTION REPORT

I, **MICHAEL G. BERLAND**, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

#### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 7,745.18 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ 2,225.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 77,319.11 |
| Other Priority Claims (507(a)(9)-(a)(10)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$ 87,289.29** |

EXHIBIT A

**DISTRIBUTION REPORT**                                                          **PAGE 2**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $7,745.18 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | MICHAEL G. BERLAND | 132.00 | 132.00 |
| | MICHAEL G. BERLAND | 7,613.18 | 7,613.18 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(1)(B) Domestic Support Obligations | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,650.00 | | $0.00 | 0.00% |

EXHIBIT A

**DISTRIBUTION REPORT**                                          PAGE 3

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds to $4,650.00 | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,650.00 | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $2,100.00 | | $2,225.00 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 7A | Agata Tkacz | 2,225.00 | 2,225.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| 507(a)(7) - Alimony | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $261,186.93 | 29.60% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 12 | Internal Revenue Service | 261,186.93 | 77,319.11 |

EXHIBIT A

**DISTRIBUTION REPORT**                                                                     **PAGE 5**

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Subordinated unsecured claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 19. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(5) - Interest | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 20. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: January 28, 2009       /s/Michael G. Berland
                              MICHAEL G. BERLAND, Trustee

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                                         **PAGE 4**

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(10) - Death & Personal Injury | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $905,158.05 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 1 | Cleona Patterson | 50,000.00 | 0.00 |
| 2 | Cora Rowland | 50,000.00 | 0.00 |
| 3 | Mark Sorenson | 50,000.00 | 0.00 |
| 4 | Gloria J. Smith | 10,000.00 | 0.00 |
| 5 | Gloria J. Smith | 10,000.00 | 0.00 |
| 6 | Vivian Street c/o Daniel T. Madigan | 50,000.00 | 0.00 |
| 7B | Agata Tkacz | 12,275.00 | 0.00 |
| 8 | Dent-A-Med, Inc. d/b/a HC Processing Center | 253,089.57 | 0.00 |
| 9 | Julie Kaplan | 100,000.00 | 0.00 |
| 10 | eCAST Settlement Corporation assignee of | 100.75 | 0.00 |
| 11 | eCAST Settlement Corporation assignee of | 253.24 | 0.00 |
| 13 | Internal revenue Service | 319,439.49 | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>WEINER, FRED S<br><br>Debtor | CHAPTER 7 CASE<br><br>CASE NO. 05-54630<br><br>JUDGE PAMELA S. HOLLIS) |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 7,613.18 |
| 2. | Trustee's expenses | $ | 132.00 |
| | TOTAL | $ | 7,745.18 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 0.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |

1

2.  Accountant for the Trustee
    a. Compensation                                                $_____0.00

    b. Expenses                                                    $_____0.00

    c. Chapter 11 compensation                                     $_____0.00

    d. Chapter 11 Expenses                                         $_____0.00

3.  Other Professionals
                                           TOTAL                   $_____0.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200 __ .        **ENTERED**

                                                                   JAN 2 7 2009

                        ENTERED  _____   PAMELA S. HOLLIS
                                                                  BANKRUPTCY JUDGE
                                 UNITED STATES BANKRUPTCY JUDGE

2

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-54630 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | WEINER, FRED S | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****17-65 - Money Market Account |
| Taxpayer ID #: | 13-7494949 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/27/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/27/06 | {7} | Fred Weiner | Inheritance | 1229-000 | 58,994.35 | | 58,994.35 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.13 | | 58,995.48 |
| 02/25/06 | {7} | First Bank of Highland Park | Payment of inheritance | 1229-000 | 10,024.41 | | 69,019.89 |
| 02/25/06 | {7} | First Bank of Highland Park | Payment of inheritance | 1229-000 | 7,525.36 | | 76,545.25 |
| 02/25/06 | {7} | First Bank of Highland Park | Payment of inheritance | 1129-000 | 21.23 | | 76,566.48 |
| 02/25/06 | {7} | First Bank of Highland Park | Payment of inheritance | 1229-000 | 7,502.67 | | 84,069.15 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 31.69 | | 84,100.84 |
| 03/31/06 | {7} | MB Financial | Payment of inheritance proceeds | 1229-000 | 1,888.82 | | 85,989.66 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 50.01 | | 86,039.67 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 54.36 | | 86,094.03 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 58.52 | | 86,152.55 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 56.67 | | 86,209.22 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 58.59 | | 86,267.81 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 58.63 | | 86,326.44 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 54.86 | | 86,381.30 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 60.56 | | 86,441.86 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 56.81 | | 86,498.67 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 54.96 | | 86,553.63 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 57.71 | | 86,611.34 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 43.16 | | 86,654.50 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 46.27 | | 86,700.77 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 47.84 | | 86,748.61 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 47.86 | | 86,796.47 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 44.80 | | 86,841.27 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 49.46 | | 86,890.73 |
| | | | Subtotals : | | $86,890.73 | $0.00 | |

{} Asset reference(s)

*Exhibit B* (handwritten)

Printed: 03/27/2009 10:56 AM   V.11.03

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-54630 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | WEINER, FRED S | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****17-65 - Money Market Account |
| Taxpayer ID #: | 13-7494949 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/27/09 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 47.94 | | 86,938.67 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 43.33 | | 86,982.00 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 51.09 | | 87,033.09 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 45.28 | | 87,078.37 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 44.35 | | 87,122.72 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 39.83 | | 87,162.55 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 17.88 | | 87,180.43 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 16.19 | | 87,196.62 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 12.16 | | 87,208.78 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 10.91 | | 87,219.69 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 11.08 | | 87,230.77 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 11.08 | | 87,241.85 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 10.37 | | 87,252.22 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 11.44 | | 87,263.66 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 9.51 | | 87,273.17 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 6.86 | | 87,280.03 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.18 | | 87,286.21 |
| 01/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 3.08 | | 87,289.29 |
| 01/27/09 | | To Account #*********1766 | Transfer for purpose of final distribution | 9999-000 | | 87,289.29 | 0.00 |

Subtotals :  $398.56   $87,289.29

{} Asset reference(s)                         Printed: 03/27/2009 10:56 AM   V.11.03

## Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-54630 | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- |
| Case Name: | WEINER, FRED S | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | \*\*\*-\*\*\*\*\*17-65 - Money Market Account |
| Taxpayer ID #: | 13-7494949 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/27/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ACCOUNT TOTALS | | 87,289.29 | 87,289.29 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 87,289.29 | |
| | | | Subtotal | | 87,289.29 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $87,289.29 | $0.00 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| **Case Number:** | 05-54630 | **Trustee:** | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| **Case Name:** | WEINER, FRED S | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****17-66 - Checking Account |
| **Taxpayer ID #:** | 13-7494949 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 03/27/09 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/27/09 | | From Account #*********1765 | Transfer for purpose of final distribution | 9999-000 | 87,289.29 | | 87,289.29 |
| 01/30/09 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $132.00, Trustee Expenses; Reference: | 2200-000 | | 132.00 | 87,157.29 |
| 01/30/09 | 102 | MICHAEL G. BERLAND | Dividend paid 100.00% on $7,613.18, Trustee Compensation; Reference: | 2100-000 | | 7,613.18 | 79,544.11 |
| 01/30/09 | 103 | Agata Tkacz | Dividend paid 100.00% on $2,225.00; Claim# 7A; Filed: $2,225.00; Reference: | 5600-000 | | 2,225.00 | 77,319.11 |
| 01/30/09 | 104 | Internal Revenue Service | Dividend paid 29.60% on $261,186.93; Claim# 12; Filed: $261,186.93; Reference: | 5800-000 | | 77,319.11 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 87,289.29 | 87,289.29 | $0.00 |
| | | | Less: Bank Transfers | | 87,289.29 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 87,289.29 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$87,289.29** | |

{} Asset reference(s)

Printed: 03/27/2009 10:56 AM   V.11.03

Page: 5

## Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-54630 | | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- | --- |
| Case Name: | WEINER, FRED S | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****17-66 - Checking Account |
| Taxpayer ID #: | 13-7494949 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/27/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- | --- |
| | MMA # ***-*****17-65 | 87,289.29 | 0.00 | 0.00 |
| | Checking # ***-*****17-66 | 0.00 | 87,289.29 | 0.00 |
| | | $87,289.29 | $87,289.29 | $0.00 |

0 Asset reference(s)

Printed: 03/27/2009 10:56 AM    V.11.03